FILED
1/26/17 4:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Benninger _____ JAD/**TPA**/CMB/GLT
Date of Meeting: 1/17/17
Case Number: 16-11092 ____ Recording # _____
Debtor(s) present ___ or Not Present ___ (___No Payments Made or ___ partial payments)
Attorney for debtor(s) Foster _____ (Present ✓ or Not Present ____)
Date of Plan at § 341: _____ Applicable commitment period ___3 yrs ___5 yrs

Warmbrodt — Harley Davidson

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD          _____ Order to Show Cause Requested
                                _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

✓ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
    _____ 341 Meeting    OR _____ Conciliation Conf. OR ___ *Contested Hearing
    On _____ at _____ am/pm Location _____

_Jana S. Paul_
Chapter 13 Trustee/Attorney for Trustee