Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Gary L Benninger** | : | Case No. 16–11092–TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **26th day of January, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gary L Benninger  
    Debtor

Case No. 16-11092-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 1     Date Rcvd: Jan 26, 2017  
                 Form ID: 309     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2017.

```
db            +Gary L Benninger,    5495 Gravel Pit Road,    Cochranton, PA 16314-6705
14320875     ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
               (address filed with court: Collection Service Center,    Attn: Collections,    Po Box 1623,
               Butler, PA 16003)
14320874      Citimortgage Inc,    Attn: Bankruptcy,    Po Box 6423,    Sioux Falls, SD 57117
14320879     +Fay Servicing LLC,    939 West North Avenue,    Suite 680,    Chicago, IL 60642-1231
14320880     +Fnb Consumer Discount Company,    908 Park Avenue,    Meadville, PA 16335-3331
14335295     +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14325556     +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14333043     +Regency Finance Company,    908 Park Ave.,    Meadville, PA 16335-3331
14320886     +Slippery Rock Veterinary Hospital,    131 Branchton Road,    Slippery Rock, PA 16057-2401
14320887     +Windstream Communications,    Attn: Alice Peace,    2 North Main Street,
               Greenville, SC 29601-4874
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14320876     +EDI: WFNNB.COM Jan 27 2017 01:24:00     Comenity Bank / Peebles,    Po Box 182125,
               Columbus, OH 43218-2125
14320877     +EDI: CMIGROUP.COM Jan 27 2017 01:19:00     Credit Management, LP,    Attn: Bankruptcy,
               Po Box 118288,    Carrolton, TX 75011-8288
14320878     +EDI: RCSFNBMARIN.COM Jan 27 2017 01:23:00     Credit One Bank Na,    Po Box 98873,
               Las Vegas, NV 89193-8873
14320881     +E-mail/Text: bankruptcy.notices@hdfsi.com Jan 27 2017 01:00:08     Harley Davidson Financial,
               Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
14320882     +EDI: RESURGENT.COM Jan 27 2017 01:24:00     LVNV Funding LLC,    Po Box 10497,
               Greenville, SC 29603-0497
14320883     +E-mail/Text: mwetherbee@mmchs.org Jan 27 2017 00:59:58     Meadville Medical Center,
               1034 Grove Street,    Meadville, PA 16335-2945
14320884     +E-mail/Text: toleski@oamortho.com Jan 27 2017 01:00:19     Orthopedic Associates of Meadville,
               11277 Vernon Place,    Suite 200,    Meadville, PA 16335-3719
14320885     +EDI: DRIV.COM Jan 27 2017 01:26:00     Santander Consumer USA,    Po Box 961245,
               Ft Worth, TX 76161-0244
                                                                                               TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2017 at the address(es) listed below:

```
              Daniel P. Foster    on behalf of Debtor Gary L Benninger dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 4
```